| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Buffy Lynn Sizemore** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7                    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Eastman Credit Union**<br><br>Description of property securing debt: **2006 Dodge Charger 140,000 miles Son operates and makes payments** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |

### Part 2: List Your Unexpired Personal Property Leases
**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Breakthrough in Beauty** | ■ No<br><br>☐ Yes |
| Description of leased Property: **Skincare Contract** | |
| Lessor's name: **Progressive Leasing, LLC** | ■ No |

Official Form 108            **Statement of Intention for Individuals Filing Under Chapter 7**                    page 1

Debtor 1    **Buffy Lynn Sizemore**                                              Case number *(if known)*

☐ Yes

Description of leased    **Furniture Lease**
Property:

Debtor 1  **Buffy Lynn Sizemore**　　　　　　　　　　　　　　　Case number *(if known)*

### Part 3:    Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Buffy Lynn Sizemore**　　　　　　　　　　　　X  _____
　　**Buffy Lynn Sizemore**　　　　　　　　　　　　　　　Signature of Debtor 2
　　Signature of Debtor 1

Date  **May 14, 2019**　　　　　　　　　　　　　　　　Date

## United States Bankruptcy Court
### Eastern District of Tennessee

In re  **Buffy Lynn Sizemore**  
Debtor(s)

Case No.  
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, the foregoing Statement of Intention was filed electronically. Notice of this filing and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All parties may access this filing through the Court's electronic filing system.

The following parties will be served by United States Postal Service first class mail, postage prepaid:

**Breakthrough in Beauty**
**3301 Exposition Boulevard**
**Santa Monica, CA 90404**

**Eastman Credit Union**
**PO Box 1989**
**Kingsport, TN 37662-1989**

**Progressive Leasing, LLC**
**256 West Data Drive**
**Draper, UT 84020**

*/s/ Mark Albert Skelton*
**Mark Albert Skelton**
**Law Office of Mark A. Skelton**
**121 South Depot Street**
**Rogersville, TN 37857**
**423-272-4812 Fax: 423-272-0712**
**markskelton@markskelton.com**